JOHN M. SORICH (SBN 125223)
John.Sorich@piblaw.com
WILLIAM J. IDLEMAN (SBN 258450)
William.Idleman@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626
Tel:  (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendant,
JPMORGAN CHASE BANK, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ELIZABETH A. WILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A and DOES 1-50 inclusive,<br><br>    Defendant(s). | CASE NO.:  2:17-cv-00366-WBS-AC<br><br>Hon. William B. Shubb<br><br>**ORDER ON DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO ATTEND HEARING ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY TELEPHONE**<br><br>Date:    April 3, 2017<br>Time:   1:30 p.m.<br>Crtrm:  5, 14th Floor<br><br>Action Filed: January 12, 2017<br>Removed:  February 17, 2017 |
|---|---|

**IT IS HEREBY ORDERED THAT** Defendant may appear telephonically at the Hearing currently set to be heard on April 3, 2017 at 1:30 p.m., before the Honorable District Court Judge William B. Shubb of the above-entitled Court, by and through its counsel, William J. Idleman, Parker Ibrahim & Berg LLC, (714) 361-9550.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

*Dated:  March 24, 2017*

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE