UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ELIZABETH A. WILLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>and DOES 1-20 inclusive,<br><br>　　　　　Defendants. | CIV. NO. 2:17-00366 WBS AC<br><br><u>ORDER SETTING BRIEFING SCHEDULE</u> |

----oo0oo----

Before the court is plaintiff's motion for relief under Federal Rule of Civil Procedure 60(b). (Docket No. 15.) The court hereby ORDERS that defendant's opposition to the motion shall be filed by November 9, 2017 and any reply in support of the motion shall be filed by November 16, 2017.

　　　　IT IS SO ORDERED.

Dated: November 2, 2017

　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1