# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. WILLIS,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, NA; and DOES 1-50 inclusive,<br><br>    Defendants.<br>_____ | Case No. 2:17-cv-00366-WBS-AC<br><br>**ORDER ON PLAINTIFF ELIZABETH A. WILLIS MOTION TO ATTEND HEARING ON MOTION TO SET ASIDE JUDGEMENT BY TELEPHONE** |

Plaintiff's counsel has moved to appear by telephone at the hearing on plaintiff's motion to set aside the judgment. This is plaintiff's motion. Counsel's office is in Sacramento. Counsel could have noticed the motion for hearing on any regularly scheduled law and motion calendar. No excuse is proffered for why counsel noticed the hearing on a date and time when she will be out of town. Under the circumstances, the court suggests that counsel either reschedule the motion for hearing on a different date or reschedule her other appearance so that she may attend the hearing on the date for which she originally scheduled it.

The request to appear by telephone is accordingly DENIED.

Dated: November 13, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**[PROPOSED] ORDER ON PLAINTIFF ELIZABETH A. WILLIS MOTION TO ATTEND HEARING ON MOTION TO SET ASIDE JUDGEMENT BY TELEPHONE**

Page 1