JOHN M. SORICH (SBN 125223)
John.Sorich@piblaw.com
WILLIAM J. IDLEMAN (SBN 258450)
William.Idleman@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendant,
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. WILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A and DOES 1-50 inclusive,<br><br>    Defendant(s). | CASE NO.: 2:17-cv-00366-WBS-AC<br><br>Hon. William B. Shubb<br><br>**ORDER ON DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO ATTEND HEARING ON PLAINTIFF'S MOTION TO REQUEST FOR RELIEF UNDER FRCP, RULE 60, BY TELEPHONE**<br><br>Date:    November 27, 2017<br>Time:   1:30 p.m.<br>Crtrm:  5, 14th Floor<br><br>Action Filed: January 12, 2017<br>Removed: February 17, 2017 |

///

///

///

///

///

///

///

The Court, having reviewed defendant JPMorgan Chase Bank, N.A.'s ("Defendant") Motion to Attend the hearing on plaintiff Elizabeth A. Willis' Motion to Request for Relief Under FRCP, Rule 60 ("Hearing") by telephone ("Motion to Appear Telephonically"), and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED THAT** Defendant may appear telephonically at the Hearing currently set to be heard on November 27, 2017, at 1:30 p.m., before the Honorable District Court Judge William B. Shubb of the above-entitled Court, by and through its counsel, William J. Idleman, Parker Ibrahim & Berg LLC, (714) 361-9550.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**Dated: November 20, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE